

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Warren Burnett, d/b/a            * From the County Court at Law
AWD Independent Oil Producers, LLC,     of Midland County,
                                         Trial Court No. CC-18417.

Vs. No. 11-16-00157-CV              * August 31, 2016

Pirate Oilfield Services, Inc., d/b/a      * Per Curiam Memorandum Opinion
Vaquero Energy Services,            (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has considered the motion to dismiss the appeal, filed by Warren Burnett, d/b/a AWD Independent Oil Producers, LLC, and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.